George Roberts, appellee, v. Ora A. Barnewolt et al., appellants. Gen. No. 8,026.

628 

 Opinion filed June 24, 1929.

C. E. McNemar and Clarence D. Murphy, for appellants. Chester F. Barnett and Henry E. Pratt, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.